UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

CORA GOUDY,

    Plaintiff,

-vs-                                  CASE NO.: 3:19-CV-00068

VANDERBILT MORTGAGE AND
FINANCE, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    COMES NOW, the Plaintiff, CORA GOUDY, by and through her undersigned attorney, and hereby files this Notice of Voluntary Dismissal, of the above captioned matter.

                                                Respectfully Submitted,

                                                */s/Frank H. Kerney, III, Esquire*
                                                Frank H. Kerney, III, Esquire
                                                Tennessee Bar #: 035859
                                                Morgan & Morgan, Tampa, P.A.
                                                One Tampa City Center
                                                201 North Franklin Street, 7th Floor
                                                Tampa, FL 33602
                                                Telephone: (813) 223-5505
                                                Facsimile: (813) 223-5402
                                                fkerney@forthepeople.com
                                                jdistasio@forthepeople.com
                                                jsherwood@forthepeople.com
                                                lcrouch@forthepeople.com
                                                Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of February, 2019, the foregoing Notice of Voluntary Dismissal was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system, and a copy of which was served via electronic mail to all parties of record.

                    */s/Frank H. Kerney, III, Esquire*
                    Frank H. Kerney, III, Esquire
                    Morgan & Morgan, Tampa, P.A.
                    Counsel for Plaintiff